UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANIS F. FOSTER,

    Plaintiff,

       v.                Civil Action No.  06-1359 (JDB)

JOHN J. COALSON, JR.,

    Defendant.

**ORDER**

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within one hundred and twenty (120) days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.  More than one hundred and twenty days have passed since the filing of the complaint in this civil action and the issuance of a summons as to defendant John J. Coalson, Jr., and it does not appear from the record that defendant has been served.  Accordingly, it is this second day of January, 2007, hereby

**ORDERED** that plaintiff shall, by not later than January 23, 2007, either (1) file with the Court proof that defendant has been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed.  If plaintiff fails to comply with this Order or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED.**

/s/
_____
**JOHN D. BATES**
**United States District Judge**

Date:   January 2, 2007

Copies to:

John P. Valente, III
THIMAS V MIKE MILLER JR. PA
8808 Old Branch Avenue
Clinton, MD 20735
(301) 856-3030
Fax: 301-856-4029
Email: jvalente@tvmikemillerpa.com

*Counsel for plaintiff*