IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIS F. FOSTER | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Civil Action No.: <u>06-cv-1359 JDB</u> |
| | * |
| JOHN J. COALSON, JR. | * |
| | * |
| Defendant | * |

## **STATUS REPORT**

COMES NOW, Plaintiff, Janis F. Foster, by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., who files this Status Report relative to service of process on Defendant, and states as follows:

1. That Plaintiff, Janis F. Foster, filed with this Honorable Court the Complaint in this matter on August 1, 2006.

2. That a Summons was not received by the undersigned in the mail from the Clerk of this Honorable Court.

3. That the undersigned counsel eventually had to retain a process server to pick up the Summons from this Honorable Court on or about October 6, 2006.

4. That since obtaining the Summons and Complaint on or about October 6, 2006, Plaintiff has made good faith attempts to serve Defendant on seven (7) occasions, as evidenced by a letter signed by Plaintiff's private process server, Larry E. Green, which is attached hereto and incorporated herein as Exhibit "A".

5. That Plaintiff has a good faith basis for believing the Defendant is living in the new home located at the last known address of Defendant.

6. That Plaintiff needs additional time to serve Defendant, who Plaintiff believes has returned to his last known address now that the new home has been completed.

7. That Plaintiff sustained significant permanent injuries in the subject accident and has incurred economic damages in excess of $200,000.

8. That Plaintiff would be significantly prejudiced should this Honorable Court dismiss Plaintiff's case, as the statute of limitations would prevent Plaintiff from refiling a Complaint.

Respectfully submitted:

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III, Federal Bar #22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiff