# LEGAL DOCUMENTS EXPRESS COURIERS

P.O. Box 273
Temple Hills, Maryland 20757-0273

Telephone (301) 630-3400
Facsimile (301) 630-3200

Janis F. Foster

vs

John J. Coalson, Jr.
3407 Jermantown Road
Fairfax, Virginia 22030

Case #: 1:06 CV 1359 JDB

Attempted Service:

1. **October 7, 2006, 1:10 P.M.**
   Neighbor, Mrs. Barrington stated "John J. Coalson, Jr. was not there today."

2. **October 10, 2006, 8:30 A.M.**
   Six cars were parked behind the house, no one answered the door.
   A new home is being built on the property, no one on site.

3. **October 14, 2006 11:00 A.M.**
   Four men were smoking behind the old house, I asked for John J. Coalson, Jr., no one knew him.

Page 1 of 2



**Documents?**
**WE DELIVER!**
1 (888) 413-DOCS
legaldocuments-couriers.com



PLAINTIFF'S EXHIBIT A

Continued from previous page.

4. **November 3, 2006, 7:30 P.M.**
   No one at either house.

5. November, 18, 2006, 1:10 P.M.
   The old house was abandoned, no one at new house.

6. **December 4, 2006, 7:47 P.M.**
   No one home.

7. **December 13, 2006, 6:30 P.M.**
   No one home.

*/s/ Larry E. Green*

Larry E. Green

Page 2 of 2