UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIS F. FOSTER,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN J. COALSON, JR.,<br><br>      Defendant. | Civil Action No. 06-1359 (JDB) |

**ORDER**

Upon consideration of [3] the status report filed by plaintiff, and the entire record herein, it is this twenty-sixth day of January, 2007, hereby

**ORDERED** that plaintiff shall have until February 15, 2007 to effectuate service of the summons and complaint upon defendant; and it is further

**ORDERED** that, if plaintiff fails to effectuate service by that date, this case shall be dismissed without prejudice.

**SO ORDERED.**

                                              /s/
                                       **JOHN D. BATES**
                               **United States District Judge**

Date:   January 26, 2007

Copies to:

John P. Valente, III
THIMAS V MIKE MILLER JR. PA
8808 Old Branch Avenue
Clinton, MD 20735
(301) 856-3030
Fax: 301-856-4029
Email: jvalente@tvmikemillerpa.com

    *Counsel for plaintiff*

-1-