AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JANIS F. FOSTER

**SUMMONS IN A CIVIL CASE**

V.

JOHN J. COALSON, JR.

CASE NUMBER: 1:06-cv-1359 JDB

TO: (Name and address of Defendant)

John J. Coalson, Jr.
3407 Jermantown Road
Fairfax, Virginia  22030

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Valente, III, Esq.
Thomas V. Mike Miller, Jr., P.A.
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735          (301) 856-3030

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                    AUG 14 2006

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1-29-07 |
| NAME OF SERVER (PRINT) William Robb | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Ola Coalson (Mother) 6517 Elder Ave. Springfield, VA 22150

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-29-07
                  Date

Signature of Server

P.O. Box 894, Clarksburg, MD 20871
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.