IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIS F. FOSTER | * |
| Plaintiff | * |
| vs. | *  Civil Action No.: 06-1359 |
| JOHN J. COALSON, JR. | * |
| Defendant | * |

## AFFIDAVIT

1. That I am over the age of 18 and competent to testify to the facts and allegations contained herein.

2. That I am a private investigator who was retained by Plaintiff's counsel to serve the Defendant, John J. Coalson, Jr., with the Summons and Complaint filed in the above-captioned matter.

3. That on 1/29/07, I attempted to serve Defendant with process at 3407 Jermantown Road, Fairfax, VA; however, upon arrival I found an abandoned older home, and a new home located on the property that had not been finished and was unoccupied.

4. That further investigation to determine the whereabouts of the Defendant uncovered an additional address, 6517 Elder Avenue, Springfield, VA 22150.

5. That on same date, I went to the residence located at 6517 Elder Avenue, Springfield, VA 22150 and spoke with Ola M. Coalson, who identified herself as the Defendant's mother, and is a person of suitable age and discretion residing at the above address.

6. That during my conversation with Ola M. Coalson, she indicated that she was aware of her son's involvement in the motor vehicle accident that is the subject of this lawsuit.

7. That Ola M. Coalson stated that Defendant's only current residence is 6517 Elder Avenue, Springfield, VA 22150.

8. That Ola M. Coalson advised that the Defendant has a room in the subject residence, sleeps at the residence, keeps belongings at the residence, and receives mail at the residence.

9. That during the conversation, Ola M. Coalson also advised that the residence located at 3407 Jermantown Road, Fairfax, VA, had been foreclosed on, and that the Defendant was not residing there.

10. That Ola M. Coalson further indicated she would give the Summons and Complaint to the Defendant, and notify the Defendant's insurance company of the lawsuit.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE FACTS AND MATTERS STATED IN THE AFOREMENTIONED AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

William Robb
Private Investigator
P.O. Box 894
Clarksburg, Maryland 20871
(301) 674-4546

SUBSCRIBED AND SWORN to before me this __1__ day of __February__, 2007.

NOTARY PUBLIC

Marielle Brooks
NOTARY PUBLIC
Prince George's County, MD
My Commission Expires 5-9-09

My Commission expires: _____