IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

```
JANIS F. FOSTER              :
                             :
        Plaintiff            :
                             :
v.                           :   Case Number: 1:06-cv-1359
                             :   Judge John D. Bates
JOHN J. COALSON, JR.         :
                             :
        Defendant            :
```

### ANSWER

COMES NOW the Defendant, John J. Coalson, Jr., by and through counsel, Michael A. DeSantis and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and in Answer to the Complaint states as follows:

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Plaintiff's claims are barred by the applicable statute of limitations.

### THIRD DEFENSE

The Plaintiff was contributorily negligent.

### FOURTH DEFENSE

The Plaintiff assumed the risk of injuries.

### FIFTH DEFENSE

The Defendant generally denies any and all liability contained in the allegations of the Complaint.



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

**SIXTH DEFENSE**

The Plaintiff has failed to mitigate damages.

**SPECIFIC DENIALS**

1. The Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint and, therefore, said allegations are hereby specifically denied.

2. The Defendant admits the allegations contained in paragraphs 2, 3, 4, and 8 of the Complaint.

3. The Defendant specifically denies the allegations contained in paragraphs 6, 7, 9, 10, 11, 12, and 13 of the Complaint.

HARTEL, KANE, DeSANTIS,<br>
MacDONALD & HOWIE, LLP<br><br>
By: _____<br>
Michael A. DeSantis, # 422602<br>
6301 Ivy Lane, Suite 800<br>
Greenbelt, Maryland  20770<br>
Telephone: (301) 486-1200<br>
Facsimile: (301) 486-0935

**REQUEST FOR JURY TRIAL**

The Defendant, through counsel, requests a trial by jury as to all issues herein.

_____
Michael A. DeSantis



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16 day of February, 2007, I mailed, postage prepaid, a copy of the foregoing Answer to:

John P. Valente, III, Esquire
THOMAS V. MIKE MILLER, JR., P.A.
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735

_____
Michael A. DeSantis

E:\MAD\Foster v. Coalson\Answer.wpd\drb\0650-0894



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205