IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS F. FOSTER | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Civil Action No.: <u>06-cv-1359 JDB</u> |
| | * | |
| JOHN J. COALSON, JR. | * | |
| | * | |
| Defendant | * | |

## LOCAL RULE 16.3 JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.3, and the Court's February 16, 2007 Order, the parties before the Court, by and through their respective counsel for record, respectfully submit the following Joint Status Report:

1. The Plaintiff alleges that her motor vehicle was negligently impacted from the rear by a motor vehicle operated by the Defendant on August 20, 2003 on Interstate 295 in Southeast, Washington, D.C. The Plaintiff claims she sustained severe and permanent injuries that required multiple surgeries. Plaintiff further claims she sustained significant economic and non-economic damages as a result of the negligence of the Defendant.

The Defendant claims that Plaintiff did not sustain injuries and damages to the extent claimed by Plaintiff.

2. The parties believe that all additional parties should be joined within thirty (30) days.

3. The parties agree that this case should be assigned to a Magistrate Judge for all purposes, including trial.

4. The parties believe there is a realistic possibility of settling the case after completion of discovery.

5. The parties are willing to have this matter referred to ADR after discovery.

6. The case is unlikely to be resolved by summary judgment or motion to dismiss.

7. The parties believe initial disclosures can be waived.

8. The parties request that all written discovery be completed within 120 days within the Initial Status Conference and all further discovery be concluded within 180 days of the Initial Status Conference.

9. That the Plaintiff be required to designate expert witnesses pursuant to Rule 26(a)(2) within 90 days of the Initial Status Conference, and the Defendant should be required to designate their expert witnesses within 120 days of the Initial Status Conference.

10. This is not a class action.

11. The parties do not believe that trial or discovery should be bifurcated or managed in phases.

12. The parties request that a Pretrial Conference be set at the Initial Status Conference.

13. The parties request that a trial date be set at the Pretrial Conference if the parties are unable to resolve this matter after the completion of discovery.

Respectfully submitted:

THOMAS V. MIKE MILLER, JR., P.A.

John P. Valente, III
DC Bar #22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiff

HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP

Michael A. DeSantis
DC Bar #422602
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
(301) 486-1200
Counsel for Defendant