UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIS F. FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN J. COALSON, JR.,<br><br>    Defendant. | Civil Action No.  06-1359 (JDB) |

**SCHEDULING ORDER**

Pursuant to the Initial Scheduling Conference with the Court on March 9, 2007, and the Joint Rule 16.3 Report submitted by the parties, it is hereby **ORDERED** as follows:

1. Initial disclosures under Fed. R. Civ. P. 26(a)(1) are hereby dispensed with at the request of the parties.

2. Any additional parties shall be joined within thirty (30) days of this Order, by not later than April 9, 2007.

3. Plaintiff must designate experts pursuant to Fed. R. Civ. P. 26(a)(2) by not later than June 8, 2007, and defendant must do so by not later than July 9, 2007.

4. All written discovery shall be completed within one-hundred-twenty (120) days of this Order, by not later than July 9, 2007.  All further discovery, including depositions of expert witnesses, shall be completed within one-hundred-eighty (180) days of this Order, by not later than September 7, 2007.

5. As to all other discovery issues not addressed in this Scheduling Order, the parties

    must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

6.     By consent of the parties, and in accordance with an Order entered on this date, this case will be assigned to a Magistrate Judge for all purposes, including trial. This Scheduling Order has been entered by this Court at the request of the parties.

**SO ORDERED**.

                                              /s/ John D. Bates
                                              JOHN D. BATES
                                      United States District Judge

Date:   March 9, 2007