## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIS F. FOSTER | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Civil Action No.: <u>06-1359</u> |
| | * |
| JOHN J. COALSON, JR. | * |
| | * |
| Defendant | * |

## **INTERROGATORIES**

TO:     **John J. Coalson, Jr., Defendant**
        c/o Michael A. DeSantis, Esq.

FROM:   **Janis F. Foster, Plaintiff**
        c/o  John P. Valente, III., Esq.

Pursuant to Federal Rule 33, you are requested to answer within thirty (30) days the following Interrogatories.

A.    These Interrogatories are continuing in nature so as to require you to file supplementary answers if you obtain further or different information before trial.

B.    Where the name of the person is requested, indicate the full name, address of home and business of such person, if known.

C.    Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

D.    Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, next friend, guardian, representatives, and unless privileged, his attorneys.

E. The pronoun "you" refers to the party to whom these Interrogatories are addressed, and the persons mentioned in Clause D.

F. Whenever the word "document(s)" is used herein, it is intended in its broadest sense, and includes any original, matrix, reproduction or copy of any kind, typed, recorded, graphic, printed, photostatic, written or documentary matter, but not limited to, correspondence, memoranda, notes, diaries, contracts, agreements, photographs, vouchers, invoices, billings, checks, reports, telegrams, telexes, notes of telephonic conversations, logs, log entries, reports, and/or reproductions of any and all communications by all means or recording any tangible thing, including letters, words, pictures, sounds, or symbols or combinations thereof.

## INTERROGATORIES

1. Please state your full name, address, date and place of birth, social security number, marital status, and any other names or aliases which you have used.

2. Were you operating a 2003 Dodge Ram motor vehicle southbound on Interstate 295 in Southeast Washington, D.C. on August 20, 2003 at approximately 1:30 p.m.?

3. If your answer to Interrogatory number 2 was "no", please describe in detail the vehicle which was involved in the collision referred to in Plaintiff's Complaint, including in such description the year, model, size and manufacturer of the vehicle, tag number and state in which the vehicle was registered, the name and address of the legal owner of the vehicle, the name and address of any lessees of the vehicle on the date of the collision and the operator

of said vehicle at the time of the collision.

4. If your answer to Interrogatory number 2 was "yes", please state whether the motor vehicle operated by you was involved in the collision with a 2003 Honda CRV motor vehicle operated by the Plaintiff, Janis F. Foster, on southbound Interstate 295 in Southeast Washington, D.C. on August 20, 2003 at approximately 1:30 p.m..

5. Please state the names and addresses of all persons who were eyewitnesses at the scene of the accident at the time of the occurrence, and/or who arrived at the scene within two (2) hours after the occurrence. In the case of eyewitnesses, describe the location of each at the time of the occurrence. In the event that you are unable to provide a name and/or address of a person you know to have been present, provide as much description of that person as you have.

6. Please state whether you have ever been convicted of any crimes other than minor traffic violations, and if so, give the date(s) and nature of such crimes, the sentence imposed and the courts and locations thereof.

7. Please state exactly and in detail the substance of any conversation you had with the Plaintiff at the scene of the incident and/or at any time prior to or subsequent to the incident in question.

8. Set forth in detail the substance of all conversations which you had or

overheard at the scene of the accident, identifying the individual making each remark.

9. Please give a concise statement of the facts as to how you contend the occurrence took place, including in detail the respective speeds, positions, directions and locations of the vehicles involved during their approach to, at the time of, and immediately after the collision.

10. Please state whether you or your attorney have or know of any photographs, plats or diagrams made of the scene of the occurrence, vehicles, objects or persons involved and, if so, state the date(s) on which taken or made, the name and address of the photographer and person who made the plats or diagrams, identifying the subject, object or person shown and who has possession of the same.

11. Please state whether the 2003 Dodge Ram motor vehicle operated by you on August 20, 2003, at approximately 1:30 p.m., was in good operating condition, including its braking system, the steering system, lights and electrical systems. If your answer is in the negative, please state in detail the parts of the motor vehicle which were not in proper working condition; how long said parts or system had not been in good working condition; and what steps, if any, had you taken to correct said defects.

12. Please state where you were coming from and where you were going to at the time of the collision on August 20, 2003, at approximately 1:30 p.m..

13. Please list the states and license numbers of all driver's licenses possessed by you on August 20, 2003 and during the five (5) years prior to August 20, 2003.

14. Please list any restrictions placed on the driver's licenses listed in response to Interrogatory #13.

15. State whether any of the driver's licenses listed in response to Interrogatory #13 were ever suspended, revoked or limited in any way and state the reason for the suspension, revocation or limitation .

16. If you contend that the Plaintiff was negligent or assumed the risk in any connection with the August 20, 2003 accident, please state in detail the facts upon which you rely, including everything the Plaintiff did, or failed to do, which contributed to her injuries.

17. If you consumed any alcohol or any drugs, including prescriptions and patent medicine within the twenty-four (24) hour period immediately preceding this accident, please identify any such substance, the amount(s) and time(s) ingested, the name and address of the business from where such alcohol or drugs were purchased and the names and addresses of any persons who have any knowledge as to your consumption of the alcohol or drugs.

18. If you contend that the injuries and disability now complained of by the Plaintiff are the result of prior or subsequent injuries or illnesses, give a concise statement of the facts upon which you rely.

19. If you have within your control, or have knowledge of, any transcripts of proceedings arising out of the occurrence, state the date, subject matter, name and business address of each person having control of any transcripts of such proceedings.

20. Please state the name and address of any person, not herein mentioned, having personal knowledge of any facts material to this case.

21. Please state whether you were eating, drinking, smoking or listening to and/or operating a radio, cassette player, telephone, heater, air conditioner, car light and/or two-way radio prior to or at the time of the occurrence described in the Complaint. If so, please describe in detail each activity in which you were engaged.

22. Please state whether you wear corrective eye wear and, if so, state whether you were wearing such eye wear at the time of the occurrence described in the Complaint.

23. If you contend that a person not a party to this action acted in such a manner as to cause or contribute to the occurrence, fully identify such person and give a concise statement of the facts upon which you rely.

24. Please identify all experts whom you propose to call as witnesses at trial, and state the subject matter on which the expert is expected to testify, the substance of the findings and the opinions to which the expert is expected to testify, a summary of the grounds for each opinion, and please attach any written reports and any expert professional qualifications.

25. After the collision that is the subject matter of this litigation, did you observe the vehicles that were involved in the collision? If so, would you please state the nature of the damage that you observed as to each vehicle. If you received an estimate for the repairs for the vehicle which you were driving or which was being driven on your behalf, please attach a copy to these Answers to Interrogatories. If there is no formal estimate available, but there are repairs that have been made, please indicate the costs of any and all such repairs, and the nature of the damage repaired.

26. Please indicate whether at the time of the accident you were acting as an agent, servant or employee of any other person, firm, corporation, or other entity. In your answer please indicate the nature of the relationship between you and the other person or entity, what you were doing for the other person or entity at the time of the accident, and when you were expected to complete the assignment you were doing for the other person or entity.

27. Please state the names and addresses of all of your employers for the period beginning five (5) years immediately prior to the occurrence and continuing to the present time, indicating in your answer the dates during which you were employed by each employer, the position you held, the name of your supervisor, the rates of your compensation, and the reason for any termination of employment.

28. Please list any and all insurance policies of liability coverage, including homeowners, "umbrella" policies, no-fault policies, or any other form of insurance which would cover any of the Plaintiff's injuries. For each policy state the insurance company, policy

number, name of insured and limits of liability coverage.

                                                           THOMAS V. MIKE MILLER, JR., P.A.

                                                           _____
                                                           John P. Valente, III
                                                           8808 Old Branch Avenue
                                                           P.O. Box 219
                                                           Clinton, Maryland 20735
                                                           (301) 856-3030
                                                           Counsel for Plaintiff