**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANIS F. FOSTER | * |
| | * |
|     Plaintiff | * |
| | * |
| vs. | *   Civil Action No.: <u>06-1359</u> |
| | * |
| JOHN J. COALSON, JR. | * |
| | * |
|     Defendant | * |

**NOTICE CONCERNING DISCOVERY MATERIAL AND**
**CERTIFICATE OF SERVICE**

COMES NOW, Plaintiff, Janis F. Foster, by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., and hereby certifies the following concerning discovery material:

1. **Type of Discovery:**
   - (*a*) *Interrogatories and Requests for Production of Documents to Defendant, John J. Coalson, Jr.*
   - (*b*) *Notice Concerning Discovery Material and Certificate of Service*

2. **Date and Manner of Service:**     *First Class Mail - Postage Prepaid*
                                                 *February 19, 2007*

3. **The Party or Person Served:**     *Michael A. DeSantis, Esq.*
                                                 *6301 Ivy Lane, Suite 800*
                                                 *Greenbelt, Maryland 20770*
                                                 *(Counsel for Defendant)*

Thomas V. Mike Miller, Jr., P.A.

_____
John P. Valente, III
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiff