IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS F. FOSTER | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Civil Action No.: 06-1359 |
| | * | |
| JOHN J. COALSON, JR. | * | |
| | * | |
| Defendant | * | |

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   **John J. Coalson, Jr., Defendant**
   c/o Michael A. DeSantis, Esq.

FROM:   **Janis F. Foster, Plaintiff**
   c/o John P. Valente, III., Esq.

COMES NOW, Janis F. Foster, Plaintiff, by and through counsel, John P. Valente, III, THOMAS V. MIKE MILLER, JR., P.A., herein propounds her first Request for Production of Documents to Defendant, John J. Coalson, Jr., to be responded to in accordance with the Federal Rules of Civil Procedure. Said documents are to be produced at the Law Offices of Thomas V. Mike Miller, Jr., P.A., at 8808 Old Branch Avenue, P.O. Box 219, Clinton, Maryland 20735, within thirty (30) days.

### REQUESTS

1.   Any transcribed or written statements by any persons or witnesses who have knowledge of the facts of this case, including any notes taken thereon.

2.   Any photographs or video tape pictures of the occurrence, the location involved, the vehicles involved, and the persons involved, including the negatives thereof.

The original photographs and negatives will be promptly returned after copying.

    3.    Any other documents which in any way support your defense in this incident.

    4.    Any reports rendered to or for you from anyone from whom you may endeavor to elicit any expert testimony at the time of trial.

    5.    Any and all diagrams, plats, mock ups, and/or sketches which have been made of the accident site herein.

    6.    The results and/or any information obtained as a result of any tests, measurements, studies or experiments of any type regarding the accident herein and the accident site.

    7.    All documents and exhibits of every nature which you intend to introduce as evidence at the trial in this matter.

    8.    Certified copies of any and all insurance policies of liability coverage including homeowners, "umbrella" policies, no-fault policies, or any other form of insurance which would cover any of Plaintiff's injuries.

    9.    Any statute, code, rule or standard which you claim was violated by Plaintiff.

10. All documents or tangible items which are responsive to your Answers to Interrogatories.

11. Any documents obtained pursuant to a Subpoena or Records Deposition Notice.

                        THOMAS V. MIKE MILLER, JR., P.A.

                        _____
                        John P. Valente, III
                        8808 Old Branch Avenue
                        P.O. Box 219
                        Clinton, Maryland 20735
                        (301) 856-3030
                        Counsel for Plaintiff