IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JANIS F. FOSTER                         :
                                        :
            Plaintiff                   :
                                        :
v.                                      : Case Number: 1:06-cv-1359
                                        : Judge Deborah A. Robinson
JOHN J. COALSON, JR.                    :
                                        :
            Defendant                   :

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

COMES NOW the Defendant, John J. Coalson, Jr., by and
through counsel, Michael A. DeSantis and HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP, and with the consent of Plaintiff's
counsel hereby moves to reschedule the status conference set in
the above case from July 24, 2007 to August 22, 2007, at 9:30
a.m. and states as follows:

1.   The status conference in this case is presently set for
July 24, 2007 at 3:00 p.m.

2.   On July 24, 2007, counsel for the Defendant is
scheduled to begin a four day trial in the case of <u>Bland v.
Earnshaw</u>, Civil Action No.: 08-C-04-001315, in the Circuit Court
for Charles County, Maryland.

3.   Defendant therefore requests that the status conference
in the above captioned case be rescheduled for August 22, 2007
at 9:30 a.m..

4.   Plaintiff's counsel consents to the rescheduling of the
status conference for that date.



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

———————

5924 North 15th Street
Arlington, Virginia 22205

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP

By:    _Michael DeSantis_____
Michael A. DeSantis
Bar No. 422602
6301 Ivy Lane, Suite 800
Greenbelt, Maryland  20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

### POINTS AND AUTHORITIES

1.    The inherent power of the court.

4.    The record in this case.

_____
Michael A. DeSantis

### CERTIFICATE OF GOOD FAITH

Defendant's counsel has conferred with Plaintiff's counsel regarding the rescheduling of the status conference in this case.  Plaintiff's counsel consents to the rescheduling of the conference for August 22, 2007 at 9:30 a.m.

_____
Michael A. DeSantis

-2-

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____
5924 North 15th Street
Arlington, Virginia 22205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13 day of April ,
2007, I mailed, postage prepaid, a copy of the foregoing to:

John P. Valente, III, Esquire
THOMAS V. MIKE MILLER, JR., P.A.
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735

Michael A. DeSantis

E:\MAD\Foster v. Coalson\Consent Motion to Reschedule Pre-Trial Conference.wpd\drb\0650-0673



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-3-

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JANIS F. FOSTER :
:
          Plaintiff :
:
v. : Case Number: 1:06-cv-1359
: Judge Deborah A. Robinson
JOHN J. COALSON, JR. :
:
          Defendant :

## PROPOSED ORDER

UPON CONSIDERATION of Defendant's consent motion to reschedule status conference, it is this _____day of _____, 2007, by the United States District Court for the District of Columbia hereby:

ORDERED that the Defendant's consent motion to reschedule status conference is **GRANTED**; and further

ORDERED that the status conference in the above captioned case will be held on August 22, 2007 at 9:30 a.m.



_____
Honorable Deborah A. Robinson
United States District Court for the
District of Columbia

HARTEL, KANE, DeSANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205