IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANIS F. FOSTER | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: <u>06-1359</u> |
| JOHN J. COALSON, JR. | * | |
| Defendant | * | |

### NOTICE CONCERNING DISCOVERY MATERIAL AND CERTIFICATE OF SERVICE

COMES NOW, Plaintiff, Janis F. Foster, by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., and hereby certifies the following concerning discovery material:

1. **Type of Discovery:**
   (a)   *Plaintiff's Rule 26(a)(2) Disclosure*
   (b)   *Notice Concerning Discovery Material and Certificate of Service*

2. **Date and Manner of Service:**   *First Class Mail - Postage Prepaid*
   *June 7, 2007*

3. **The Party or Person Served:**   *Michael A. DeSantis, Esq.*
   *6301 Ivy Lane, Suite 800*
   *Greenbelt, Maryland 20770*
   *(Counsel for Defendant)*

Thomas V. Mike Miller, Jr., P.A.

John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIS F. FOSTER | * |
| Plaintiff | * |
| vs. | * Civil Action No.: 06-1359 |
| JOHN J. COALSON, JR. | * |
| Defendant | * |

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURE

COMES NOW, Plaintiffs, by and through counsel, John P. Valente, III, THOMAS V. MIKE MILLER, JR, P.A., who file the following Rule 26(a)(2) Disclosure, state as follows:

1. **BRUCE J. AMMERMAN, M.D.**
   3301 New Mexico Avenue, N.W.
   Suite 352
   Washington, D.C. 20018

Plaintiff intends to call Dr. Ammerman to testify as an expert in the field of Neurological Surgery. Dr. Ammerman is expected to testify that the subject motor vehicle accident was the direct and proximate cause of the injuries outlined in the medical records attached to Plaintiff's discovery responses. Dr. Ammerman is further expected to testify to the nature and extent of the injuries sustained by Ms. Foster as a result of the subject accident. Moreover, Dr. Ammerman is expected to testify that the treatment Plaintiff received as outlined in the aforementioned medical records was reasonable and necessary and the cost thereof was fair. Dr. Ammerman is further expected to testify that the time Ms. Foster missed from work as outlined in her discovery responses was reasonable and medically necessary to treat the injuries sustained in the subject accident. Dr. Ammerman is further expected to testify

consistent with his report of October 28, 2006 and his deposition transcript dated April 19, 2007, copies of which have already been provided to defense counsel.

A copy of Dr. Ammerman's curriculum vitae was provided at his deposition; however, should defense counsel desire another copy, Plaintiff will provide the CV immediately.

Dr. Ammerman has charged $1,000 to-date for reviewing medical records and preparing his report and deposition testimony.

2. **WARREN D. YU, M.D.**
   **Medical Faculty Associates**
   **The George Washington University**
   **2150 Pennsylvania Avenue, N.W.**
   **Washington, D.C.  20037**

Plaintiff intends to call Dr. Yu to testify as an expert in the field of Neurological Surgery. Dr. Yu is expected to testify that the subject motor vehicle accident was the direct and proximate cause of the injuries outlined in the medical records attached to Plaintiff's discovery responses. Dr. Yu is further expected to testify to the nature and extent of the injuries sustained by Ms. Foster as a result of the subject accident. Moreover, Dr. Yu is expected to testify that the treatment Plaintiff received as outlined in the aforementioned medical records was reasonable and necessary and the cost thereof was fair. Dr. Yu is further expected to testify that the time Ms. Foster missed from work as outlined in her discovery responses was reasonable and medically necessary to treat the injuries sustained in the subject accident. Dr. Yu is further expected to testify consistent with his report of August 9, 2005, a copy of which has already been provided to defense counsel.

A copy of Dr. Yu's curriculum vitae will be provided.

Dr. Yu has charged $250 to-date for reviewing medical records and preparing his report of August 9, 2005.

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiffs