**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

```
JANIS F. FOSTER              :
                             :
        Plaintiff            :
                             :
v.                           :  Case Number: 1:06-CV-1359
                             :  Judge Deborah A. Robinson
JOHN J. COALSON, JR.         :
                             :
        Defendant            :
```

## DEFENDANT'S EXPERT DISCLOSURE STATEMENT

COMES NOW the Defendant, John J. Coalson, Jr., by and through counsel, Michael A. DeSantis and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and states that he may call at the time of trial the following expert witnesses:

1. Any and all experts identified by the Plaintiff, Janis F. Foster.

2. Any and all health care providers for Plaintiff for any and all time periods.

3.  Joel L. Falik, M.D.
    7257-B Hanover Parkway
    Greenbelt, Maryland 20770

It is anticipated that Dr. Falik will testify at the time of trial regarding what, if any, injuries were sustained by the Plaintiff. It is further anticipated that Dr. Falik will give his opinions regarding the Plaintiff's prior and subsequent medical conditions as well as any permanent injury or medical condition from which Plaintiff suffers and the cause thereof.



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205

Dr. Falik's opinions will be based upon his education, training, and experience in the field of neurosurgery.  His opinions will also be based upon a review of all of the medical records as well as a physical examination to be scheduled prior to the close of discovery.  Dr. Falik's curriculum vitae, testimonial history, and report are attached hereto.

    4.    Charles M. Citrin, M.D.
          1201 Seven Locks Road, Suite 100
          Rockville, Maryland   20854

See Dr. Citrin's current curriculum vitae, attached hereto.  It is anticipated that Dr. Citrin will testify at the time of trial regarding what, if any, injuries were sustained by the Plaintiff.  It is further anticipated that Dr. Citrin will give his opinions regarding the Plaintiff's prior and subsequent medical conditions as well as any permanent injury or medical condition from which Plaintiff suffers and the cause thereof.

Dr. Citrin's opinions will be based upon his education, training, and experience in the field of neuroradiology.  His opinions will also be based upon a review of all of the medical records as well as a physical examination to be scheduled prior to the close of discovery.  Dr. Citrin's report is attached hereto.

                              Respectfully submitted:

                              HARTEL, KANE, DeSANTIS,
                              MacDONALD & HOWIE, LLP



HARTEL, KANE, DeSANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

———

5924 North 15th Street
Arlington, Virginia 22205

                                            /s/ Michael A. DeSantis
                                            Michael A. DeSantis, Esquire
                                            Bar No. 422602
                                            11720 Beltsville Drive, Suite 500
                                            Beltsville, MD 20705
                                            Telephone: 301-486-1200
                                            Facsimile: 301-486-0935
                                            Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of July, 2007, I mailed, postage prepaid, a copy of the foregoing to:

    John P. Valente, III, Esquire
    THOMAS V. MIKE MILLER, JR., P.A.
    8808 Old Branch Avenue
    P.O. Box 219
    Clinton, Maryland 20735

                                            /s/ Michael S. DeSantis
                                            Michael A. DeSantis



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205