## CURRICULUM VITAE
## JOEL L. FALIK, M.D. F.A.C.S.

### PERSONAL

Born: February 16, 1940, Pittsburgh, Pennsylvania

### TRAINING

Graduated McKeesport High School, 1957

Graduated Washington & Jefferson College with BA, 1961

Graduated Hahnemann Medical College of Philadelphia in June, 1966, with a Degree of Doctor of Medicine

Internship in Internal Medicine-George Washington University Hospital, July 1966 to June 1967

Junior Resident in General Surgery-George Washington University Hospital, Affiliated Neurosurgical Programs, July 1967-June 1968

Fellow in Neuropathology, Armed Forces Institute, 1969

Residency in Neurosurgery, George Washington University Hospital, July 1968-June 1972

### MEDICAL LICENSE

District of Columbia
State of Maryland

### POSITIONS HELD

Teaching appointment as an assistant, George Washington University School of Medicine, 1967-1972

Active duty as a Lieutenant Commander, U.S. Navy Medical Corps, 1972-1974

Staff Neurosurgeon, Great Lakes Naval Hospital, 1972-1974

Instructor, Great Lakes Naval Hospital Surgery Residency Program, 1972-1974

Consultant in Neurosurgery, Downey Veterans Administrations Hospital, Great Lakes, Illinois, 1972-1974

Private Practice of Neurosurgery-July 1974 to present

Medical Director, Prince George's County Health Care Foundation (Healthplus), 1976-1979

Department of Health, Education and Welfare, Consultant, 1978-1979 (for developing federally sponsored Health Maintenance Organizations)

1

Joel L. Falik, M.D.

President and Chairman of the Board, Prince George's County Care Foundation, 1979-1996

Subsection Chief, Neurological Surgery, Prince George's Hospital Center, Cheverly, Md. 1981-1989

Subsection Chief, Neurological Surgery, Washington Adventist Hospital, Takoma Park, Maryland 1990-1997

President, Chairman of the Board, Healthplus (an open panel HMO) 1980-1984

Vice President, Healthplus, 1984-1992

Member, National Advisory Medical Panel to Sanus/New York Life, (a New York Life Subsidiary) and to New York Life, 1988-1997

Executive Board of General Alumnae Association of Washington-Jefferson College, 1984-1986

President, Washington Academy of Neurosurgery, 1986-1987

Occupational Health and Safety Committee of Medical and Chirurgical Faculty of The State of Maryland, Vice Chairman, 1990-1991

Workers' Compensation Committee, Prince George's County Medical Society, Member 1990-1992

Member of Neurosurgical Utilization Review and Quality Assurance Committee Of Medical and Chirurgical Faculty of State of Maryland, 1992-present

Co-Chairman of Medical and Dental Committee Washington D.C. area, State Of Israel Bonds, 1991-1997

Member, Medical Advisory Board, Prince George's County, Maryland 1991-present
Chairman 2000-2002

Member, Managed Care Committee of the American Association of Neurological Surgeons and Council of State Neurosurgical Societies 1997-1998

Maryland representative to the State Council of Neurosurgical Societies 2000-

Member of the Professional Liability Committee of the American Association of Neurological Surgeons 2000-

## STAFF APPOINTMENT

Doctors' Community Hospital of Lanham, Maryland
Prince George's Hospital and Medical Center, Cheverly, Maryland
Laurel Regional Hospital, Laurel Maryland
Washington Hospital Center-Washington, D.C.
George Washington University Hospital, Washington, D.C.

Joel L. Falik, M.D.

## HONOR AND ACADEMIC ACHIEVMENTS

Lecture in Pediatric Neurosurgery at the Johns Hopkins Lecture Series, Prince Georges's Hospital Center, 1974 and 1976

Diplomat of National Board of Medical Examiners, 1966

Received Letter of Commendation on release from active duty, United States Navy, June 1974
Board Certified, American Board of Neurological Surgeons, May, 1976

Fellow, American College of Surgeons, October, 1978

Assistant Clinical Professor of Neurological Surgery at the George Washington University School of Medicine, September 1994

## PUBLISHED WORKS

NEUROSURGICAL HYPONATREMIA; THE ROLE OF INAPPROPRIATE ANTIDIURESIS, John L. Fox, Joel L. Falik and Robert J. Shalhoub, printed in the Journal of Neurosurgery, 1971, Vol. XXXIV, Number 4, Pages 506-514

## RESEARCH

Participation in research on mitachondria swelling due to protiolytoic enzymes in rat liver. This research was done in the Department of Biochemistry of the University of Pittsburgh, June, July and August 1974

Peripheral nerve regeneration studies in rats and monkeys with the use of DMSO. Participation in this research was done while on active duty in the United States Navy at Great Lakes Naval Hospital, 1972-1974.

## POST GRADUATE COURSES

Neurosurgery, Cook County Graduate School of Medicine, February, 1975

The Sixth Symposium of Pediatric Neuro-Radiology Children's Hospital Of Chicago, May, 1974

Micro-Neurosurgery of Cranial Nerves, September, 1975

Vascular Neurosurgery Course, Department of Neurosurgery, University Of Florida, July 1978

Spine Surgery, Barrow Neurologic Institute, 1990

Florida Spine Center-Spine Courses January 1997 and 1998

Spine Surgery-University of South Florida-1997,1998,1999

Joel L. Falik, M.D.

## SOCIETY MEMBERSHIPS

Prince George's Medical Society
American Medical Association
Maryland Neurosurgical Society
Central Neurosurgical Society, Chicago, Ill. 1972-1974
Congress of Neurological Surgeons
American Association of Neurological Surgeons
Medical and Chirurgical Faculty of State of Maryland
Washington Academy of Neurosurgery
Phi Delta Epsilon Medical Fraternity

Updated 8-27-02