5/7/2007

# JOEL L FALIK M.D, FACS
## Depositions 2002

| Depositions 2003 | | Depositions 2002 | | | | |
|---|---|---|---|---|---|---|
| Plaintiff (P) Defense (D) | | Plaintiff (P) Defense (D) | | | | |
| Account # | Pt. Name/Case | Depo Date | Requested by | Attorney Name and Address | | Case Type |
| 30745 | Ferrante, Lisa | 2/26/2002 | P | Jill Cummins 6411 Ivy Lne Greenbelt, MD | | D |
| 28952 | Prado, Case of | 3/11/2002 | P | James Broening PO Box 20527 Phoenix, AZ 85036 | | D |
| 31106 | Warnock, Case of | 5/7/2002 | D | James Sullivan US Dept. of Justice 227 W. Trade St, #1700 Charlotte NC | | D |
| 31446 | Askins, Case of | 5/16/2002 | D | Karen Robert-Turner 4600 EW Highway Bethesda, AMD 20814 | | D |
| 31561 | Fonta, Martha | 5/24/2002 | D | Jeffrey M. Groce 6411 Ivy Lane Greenbelt, MD 20770 | | D |
| 29550 | Glore, James | 6/17/2002 | D | John Costello 4201 Northview Drive #410 Bowie, MD | | P |
| 29224 | Williams, Richard | 7/2/2002 | D | Matthew Peter 100 E. Pratt St. Baltimore, MD | | D |
| 32241 | Kuhr, Case of | 7/8/2002 | D | Lora B Sanders 1122 E. Jefferson St. Phoenix, AZ | | D |
| 28151 | Morrison, Case of | 8/5/2002 | D | Craig Merkle One So. St. 20th FL Baltimore, MD | | D |
| 31357 | Murray, Gary | 9/9/2002 | D | Brandon Newlands 200A Monroe St. #110 Rockville, MD | | D |
| 32538 | Tolley, Brenda | 11/11/2002 | P | Broderick Harrell 5517 Chapel Hill Blvd. #2000 Durham, NC 22717 | | D |
| 32351 | Schwarz, Phyllis | 12/16/2002 | D | Michael VonDiezelski 200A Monroe St #310 Rockville, MD 20850 | | D |
| 30913 | Parrill, Kimberly | 12/23/2002 | P | Mark Palumbo 132 Main St, Prince Frederick, MD 20678 | | P |

Joel L. Falik, M.D.
Depositions 2003

## DEPOSITIONS 2003

Plaintiff (P) Defense (D)

| Account # | Pt. Name/Case | Depo Date | Requested by | Attorney Name and Address | Case Type |
|---|---|---|---|---|---|
| 33045 | Williams, Charles | 1/31/2003 | PLAINTIFF | Brad Guldalian 100 So. Ashley Dr. #1900 Tampa, Fl 66502 | D |
| 31769 | Klinger, Case of | 2/25/2003 | PLAINTIFF | Greg Keyser Australian Ave So. W. Palm Beach, Fl 44401 | D |
| 32701 | Corbman, Thomas, Est | 3/10/2003 | PLAINTIFF | Michael Rowan 33 Wood Lane Rockville, MD 20850 | D Med-Mal |
| 33470 | Smith, Sean | 3/18/2003 | DEFENSE | Tamara Goorevetz 1 No. Charles St #100 Baltimore, MD 21201 | P |
| 32782 | Dietrich, Sophia | 4/8/2003 | PLAINTIFF | Gina Smith 6901 Kenilworth Ave. Riverdale, MD 20737 | D |
| 33601 | Siclair-Peebles, Celine | 4/15/2003 | PLAINTIFF | Freerick Collins (AllState Staff) 962 Wayne Ave #200 Silver Spring, MD | D |
| 32181 | Durity, Lee | 6/17/2003 | DEFENSE | John Foran 6301 Ivy Lane #800 Greenbelt, MD | P |
| 28909 | Oladokun, Richard | 6/30/2003 | PLAINTIFF | John Foran 6301 Ivy Lane #600 Greenbelt, MD | P |
| 33938 | Evans, Patricia | 7/1/2003 | DEFENSE | Michael Nakamura 11921 Rockville Pike Rockville, MD 20852 | P |
| 33761 | Woodruff, John | 7/14/2003 | PLAINTIFF | Sean Edwards 250 West Pratt St. Baltimore, MD 21201 | D |
| 33612 | Abrams, Rachel | 8/11/2003 | PLAINTIFF | Carmen J Martorana 962 Wayne Ave #200 Silver Spring, MD | D |
| 32263 | Dortch, Catherine | 8/14/2003 | DEFENSE | Edward S. Horowitz 204 Monroe St. #101 Rockville, MD 20850 | D |
| 33134 | Nolan, Laurie Ann | 8/20/2003 | DEFENSE | Rick Strong 222 South Main St. Akron, OH 44308 | D |
| 34183 | Bauer, Vanessa | 9/2/2003 | PLAINTIFF | Yvette Bryant 100 East Pratt St. #1540 Baltimore, MD 20202 | D |
| 34249 | Ganeous, Mark | 9/11/2003 | PLAINTIFF | Ira Sherman 1232 17th St. NW Washington, DC 20036 | D |
| 12185 | Johnson, Rufus | 9/16/2003 | DEFENSE | Eric May 1717 K St. NW Washington, DC 30036 (Acct 35247) | P |
| 33013 | Karpinski, David | 9/29/2003 | PLAINTIFF | Stacy Ragon/Hudak 222 So. Main St. Akron, OH 44308 | D |

# JOEL L FALIK, MD FACS
## DEPOSITIONS 2004

Depositons 2004
Plaintiff (P) Defense (D)

| Account # | Pt. Name/Case | Depo Date | Requested by | Attorney Name and Address | Case Type |
|---|---|---|---|---|---|
| 34596 | King-Shields, Tracy | 2/16/2004 | PLAINTIFF | Paul Maloney 1667 K St. NW Washington, DC 20006 | D |
| 28858 | Yoder, Ruth | 3/8/2004 | DEFENSE | Stephen Ralliff 10511 Judicial Drive #101 Fairfax, Va. | P |
| 35229 | Sutton, Gary | 4/19/2004 | PLAINTIFF | Cliff Patterson 20 Courthouse Sq. Rockville, MD | D |
| 35301 | Hardy, Emma | 5/10/2004 | DEFENSE | Jeffrey Raden 8630 Fenton St #720 Silver Spring, MD | P |
| 35369 | Chroniger, George | 5/25/2004 | DEFENSE | John Foran 6301 Ivy Lane #600 Greenbelt, MD | P |
| 34791 | Rodriquez, Edwin | 8/16/2004 | DEFENSE | Michael Acker 707 SE 3rd Ave, Ft. Lauderdale, FL | D Med-Mal |

5/7/2007

JOEL L FALIK, M.D. FACS
DEPOSITIONS 2005

Depositions 2005

| Account # | Pt. Name/Case | Depo Date | Requested by | Case Name | Attorney Name and Address | Case Type |
|---|---|---|---|---|---|---|
| 35147 | Reed, Anna | 1/31/2005 | Plaintiff | | Jessica Herthel-Proskauer Rose Boca Roton Fl | D done in FL |
| 36627 | Smith, Brenda | 2/22/2005 | Plaintiff | | George Swegman-DC comp | Pcomp |
| 36036 | Pritchard, Thomas | 2/28/2005 | Plaintiff | | Briggs Bedigian-Annapolis, MD | D |
| 30990 | Simms, Stanton | 3/29/2005 | Plaintiff | | William Kohler-Greenbelt | P video |
| 36823 | Soumah, Ibrahim | 4/7/2005 | Defense | | John Williams | P |
| 36827 | Twigg, Martine | 4/11/2005 | Plaintiff | | Briggs Bedigian-Annapolis, MD | D |
| 35494 | Jules, Juliette | 4/25/2005 | Plaintiff | | Steven Mitchell 1830 Main St. #100 Weston, Fl | D |
| 36007 | Grace, Richard | 6/27/2005 | Plaintiff | | Matthew Peffer 6411 Ivy Lane #411 Greenbelt MD | Pcomp |
| 36988 | Thompson-Oconnor, Letitia | 8/1/2005 | Plaintiff | | Nicholas E Bragorogos 80 Nibrie Ave. 6th Fl. Memphis, TN | D |
| 36988 | Thompson-Oconnor, Letitia | 8/1/2005 | Defense | | Nicholas E Bragorogos 80 Nibrie Ave. 6th Fl. Memphis, TN | D video |
| 36302 | Zimmerman, Vickie | 9/6/2005 | Plaintiff | | Andrew Marter 204 Monroe St. Suite 101 Rockville, MD | D-Med Mal |
| 37559 | Merriman, Rhonda | 9/20/2005 | Defense | | Christopher Dunn 4601 Forbes Blvd. Lanham, MD | P video |
| 37289 | Anderson, Diane | 10/1/2005 | Plaintiff | | Justin Dross 9831 Greenbelt Rd. #206 Seabrook, MD | P video |
| 37724 | Gilmore, Jacqueline | 10/21/2005 | Defense | | Joel Ogden 250 West Pratt St. Baltimore, MD | P |
| 37828 | Safai, Gholamera | 12/13/2005 | Plaintiff | | Michael Desantis 6301 Ivy Lane Greenbelt, MD | D |
| 37964 | Schupay, David | 12/19/2005 | Plaintiff | | Thomas Talbot 77 So. Washington St. #304 Rockville, MD | D |

5/7/20073:04 PM

DEPOSITIONS
JOEL L. FALIK 2006

| Depositons 2005 | | | | | |
|---|---|---|---|---|---|
| Account # | Pt. Name/Case | Depo Date | Requested by | Case Name | Attorney Name and Address | Case Type |
| 37909 | Hancock | 1/17/2006 | PLAINTIFF | vs Neurological Inst. William Franklin, Jr. PO Box 10186 Savannah, GA | | D-Med-Mal |
| 38281 | Aguilar | 3/10/2006 | DEFENSE | (video) | Jeremy W. Ransone 7474 Greenway Ctr Dr. #500 Greenbelt, MD | defense |
| 36903 | Hagos, Hallie | 3/20/2006 | PLAINTIFF | | Thomas Ryan(Decaro Duran) 4601 Forbes Blvd. Lanham, MD 20703 | defense |
| 37766 | Gouch, Milton | 3/21/2006 | DEFENSE | | Kelly D. Falo (Herwig/Hemphreys) One No. Charles St. #700 Baltimore, MD 21201 | defense |
| 38449 | Abughaia | 4/24/2006 | PLAINTIFF | vs JFK | Larry Burkhalter 2601Bay Shore Drive #850 Coconut Grove, Fl | D-Med-Mal |
| 38961 | Gesin | 8/7/2006 | PLAINTIFF | | Michael Desanits 6301 Ivy Lane #800 Greenbelt, MD | defense |
| 38356 | Wiggins | 8/14/2006 | PLAINTIFF | vs Fossett | Shannon Marshall One So. St. 20th Fl. Baltimore, MD | defense |
| 35499 | Fisher, Dorian | 9/1/8/06 | PLAINTIFF | (video) | Kenneth J. Coughlen 10 East Baltimore St. Suite 901 Baltimore, MD 21202 | Plaintiff |
| 36933 | Sturgis, Patricia | 9/25/2006 | DEFENSE | | James West 8 Post Office Road Waldorf, MD 20602 | Plaintiff |
| 39046 | Fowler, Jimmy | 10/17/2006 | PLAINTIFF | | Tom Talbott 77 S. Washington St. Suite 204 Rockville, MD 20850 | defense |
| 37828 | Safai, Gholamera | 11/2/2006 | DEFENSE | VIDEO | Michael Desanits 6301 Ivy Lane #800 Greenbelt, MD | defense |