# DRS. FALIK AND KARIM, P.A.

March 13, 2006

Ms. Patty DeFiore
Area Casualty Specialist
Progressive Claims
601 East Naylor Mill Road
Unit C
Salisbury, MD 21804

RE: Janis Foster
CLAIM #: 03-1296064
DATE OF LOSS: August 20, 2003

Dear Ms. DeFiore:

Pursuant to your letter of February 10, 2006 I have reviewed the medical records on the above-captioned individual. These records were related to her vehicular accident of August 12, 2003. The medical records that I used solely in the conclusions that I will reach below were sorted from the patient's health care records regarding possible gastrointestinal problems and cardiac problems, the records of Dr. Warren Yu, the hospital records from the George Washington University Hospital, and the imaging studies from the George Washington University Hospital as well as imaging studies from Washington Open MRI were the records that were germane to the conclusions that you requested in your letter of February 10, 2006.

Ms. Janis Foster is currently a 51-year-old female who was initially seen for evaluation by an orthopaedic spine surgeon, Dr. Warren D. Yu, on May 1, 2001. Dr. Yu noted in his history of that date, that Ms. Foster had a one month history of neck pain radiating to the right scapula with radiation into the right hand involving numbness of the entire hand. She had undergone surgery by Dr. Ammerman in 1994 for similar symptoms. This was a posterior cervical laminectomy. The patient did have resolution of her symptoms which recurred as noted one month prior to Dr. Yu's evaluation. Dr. Yu, on his examination noted decreased motor strength in the biceps on the right as well as decreased sensation to light touch and pinprick in the thumb, index and middle fingers of the right hand.

The remainder of the neurological examination was normal.

Apparently x-rays of the cervical spine that were available to him demonstrated moderate narrowing in C5-6 with posterior spurring at C5-6.

JOEL L. FALIK, M.D. F.A.C.S. • NAJMALDIN O. KARIM, M.D. F.A.C.S.

7257 B. Hanover Parkway, Greenbelt, Maryland 20770
(301) 982-7100 • Fax (301) 474-2218

RE: Janis Foster
March 13, 2006
Page Two

It was his impression that the patient had cervical spondylosis at C5-6 with cervical neck pain and a radiculopathy.

He recommended she be evaluated with an MRI scan.

On the patient's next visit to Dr. Yu on February 25, 2001, she states her right-sided neck pain was worse and she was developing radiculopathy on her left side.

He comments that he reviewed her open MRI scan which noted degeneration at C5-6 with a posterior osteophyte and disc protrusion. It was his opinion that the imaging study demonstrated a significant amount of bilateral foraminal stenosis at the C5-6 level. It should be noted that the actual imaging study and/or the report of the imaging study is not available for my review at this time.

Dr. Yu did make a diagnosis of cervical spondylosis at C5-6 with radiculopathy. He recommended surgical intervention.

Apparently the patient did undergo surgery but the medical records regarding that hospitalization were not available. In her next office visit to Dr. Yu on June 5, 2001, he references that she is one week postop from a C5-6 anterior cervical discectomy and fusion. He noted that she continued to have residual right scapular pain. However, he described her neurologic examination as being normal. He stated that radiographs of the lateral cervical spine in AP demonstrated good position of the graft with restoration of height and lordosis as well as intact hardware.

The patient was again seen on June 22, 2001. Dr. Yu noted that he was much improved and had resolution of the numbness in her right arm.

The patient was seen for six-week follow-up on July 12, 2001 by Dr. Yu. He noted at that time the majority of radicular symptoms had resolved. Range of motion of the cervical spine was relatively normal and she was neurologically intact.

A report of postoperative imaging studies done at George Washington University Hospital was available for our review. The report was read by a radiologist, Karen N. Berquist. It was the interpretation of the radiologist that the patient was status post anterior bone block C5-6, with anterior plate and screws at C5-6. Surgical hardware was felt to be in good position.

The patient was again seen on September 1, 2001 by Dr. Yu. He notes that the radiographs at that time revealed a solid fusion.

Again, the patient was seen on January 10, 2002 at which time Dr Yu notes on imaging studies a healing of the fusion level as well as mild adjacent level deterioration.

RE: Janis Foster
March 13, 2006
Page Three

The patient was again seen for neck problems on October 8, 2002 by Dr. Yu. At that time she noted that she had a tussle with her young child, was having severe neck pain as well as numbness into the thumb area and left scapular area. Motor examination at that time was normal. Her reflexes were intact and she was described on her physical examination as having paresthesias of the left thumb and index finger. She was started on physical therapy and home cervical traction as well as given Percocet for breakthrough pain. It was again Dr. Yu's impression that the patient had mild adjacent level disease. According to his October 8, 2002 note, Dr. Yu had recommended that Ms. Foster see him in eight weeks time for further follow-up evaluation. Ms. Foster was not seen again by Dr. Yu until August 22, 2003.

Ms. Foster was involved in a motor vehicle accident on August 20, 2003. She was apparently the restrained operator of a motor vehicle that sustained a rear-end impact from another vehicle. She was taken by ambulance personnel to the Emergency Room at the George Washington University Hospital. She was evaluated their and it was the impression of the Emergency Room physician that the patient was positive for cervical spine tenderness. There were no neurologic abnormalities recorded. The diagnosis on her discharge instruction sheet was cervical strain.

Cervical spine x-rays were obtained while she was in the Emergency Room on August 20, 2003. These studies were reported by a radiologist, Dr. Kathleen A. Brandel, demonstrating no evidence of acute fracture, dislocation, malalignment or bony lesion. She noted that there had been a surgical anterior spinal fusion at the C5-6 vertebrae with hardware that appeared to be in satisfactory position.

Ms. Foster was again seen following this accident on August 22, 2003 by Dr. Yu. He reported in his history that she was having a lot of neck pain. He stated that prior to the accident she was doing okay. His examination at that time revealed a stable neurological examination. There was some upper extremity paresthesias. He stated that radiographs revealed that she was stable. He noted that she did have some degenerative changes at C4-5. At that point, he recommended that she be treated with pain medication and muscle relaxant. She was to see him in six weeks time for further follow-up evaluation.

There are no medical records from Dr. Yu regarding Ms. Foster's further care and treatment between August 22, 2003 and her apparent hospitalization for surgery on October 15, 2003. However, there is a report of an MRI scan of the cervical spine done at Washington Open MRI on October 1, 2003. Study was reported by a radiologist Dr. Howard A. Sachs. The study was done both with and without contrast. Dr. Sachs notes that the vertebrae were normally aligned. He noted that there was a metallic fixation plate on the anterior aspect of the C5 body. He described the cord as being normal in size and signal intensity. He stated that at the C4-5 level there was mild narrowing of the left neural foramina. He stated that this was due to uncinate process bony hypertrophic changes. He noted that there was mild flattening of the anterior aspect of the thecal sac at this C4-5 level.

RE: Janis Foster
March 13, 2006
Page Four

He stated that this was due to a combination of small bone spurs and posterior bulging of the disc. This report is silent regarding any compression or contact of the bulging disc with the spinal cord or any compression on the exiting C5 nerve roots.

As noted above, Ms. Foster was admitted to the George Washington University Hospital by Dr. Yu on October 15, 2003 for a cervical spine surgery. Dr. Yu noted in his preoperative diagnosis, Ms. Foster was status post C5-6 anterior discectomy and fusion. It was his opinion that the patient had C4-5 instability from motor vehicle accident whereas the previous C5-6 fusion appeared stable. He also described her in his preoperative diagnosis as having a C4-5 herniated disc.

In my review of the medical records available, there are no imaging studies, in particular, flexion/extension views of the cervical spine that substantiate a diagnosis of C4-5 instability. The MRI scan report noted above notes a bulging disc at C4-5 but not a disc herniation.

Ms. Foster did undergo anterior cervical discectomy and fusion at the C4-5 level with removal of the C5-6 plate and placement of a plate at the C4-5 level.

The patient was seen in follow-up from this third surgical procedure by Dr. Yu on October 21, 2003 and noted that she was neurologiclaly intact but still did have some cervical pain. He described cervical spine x-rays done on October 21, 2003 as looking fine.

These imaging studies were also evaluated by a radiologist at the George Washington University Hospital, Dr. Kathleen A. Brindel. She reports that the study of October 21, 2003 demonstrates the patient being status post fusion at C4-5 with an old solid fusion at C5-6. She notes that there is now degenerative disc disease at C6-7.

The patient was again seen by Dr. Yu on November 18, 2003, and described her has having some right trapezius pain and tenderness. She was neurologically stable. He noted that her plain cervical spine x-rays done at the George Washington University Hospital on November 18, 2003 looked in reasonable condition. The study was again reported by the radiologist, Dr. Kathleen Brindel. She noted that the patient had an anterior spinal fusion at C4-5 and an old fusion at C5-6. She also described degenerative changes with degenerative disc disease at the C6-7 level.

On his follow-up evaluation of Ms. Foster that was done on January 20, 2004, Dr.Yu notes that the patient has some residual neck pain but is improving. He states that the x-rays done on January 20, 2004 demonstrates that she is consolidating her C4-5 fusion. He describes her as having adjacent level degeneration at C6-7.

The cervical spine postoperative x-ray series of January 20, 2004 was again reviewed by Dr. Brindel. It was her opinion that the patient had stable fusions at the C4-5 and C5-6 intervertebral levels. Again noted disc disease

RE: Janis Foster
March 13, 2006
Page Five

at the C6-7 level.

The patient was again seen on October 8, 2004 by Dr. Yu. At that time she had complained of worsening problems with neck pain from the six months following her surgery. Cervical spine x-rays taken at that time were noted by Dr. Yu to demonstrate advanced degeneration adjacent to her C5-6 fusion and C6-7. He described with still a lucent line in the posterior portion of the C4-5 level, although he noted that the plate appeared to be intact and there appeared to be an anterior fusion.

This same set of imaging studies was again evaluated by Dr. Brindel. It was her opinion that there was a solid anterior fusion at C5-6. This study was done with flexion/extension views and Dr. Brindel noted that there was limited motion by the patient with flexion/extension. She stated that there was no evidence of motion at the fused levels with flexion and extension. Again, she described degenerative disease at the C6-7 level.

The patient apparently underwent an MRI scan again at Washington Open MRI on November 17, 2004 at the request of Dr. Yu. This study was interpreted by a radiologist, Dr. Vivek David. He noted that when compared to the previous study of October 1, 2003, the broad-based disc osteophyte complex at C4-5 was no longer apparent. He stated the cord signal was normal. He described a small left-sided disc osteophyte complex at C2-3 without significant mass effect on the neural structures. He also described a small left-sided disc osteophyte complex at C6-7 that was unchanged from the examination of October 1, 2003. There was no change after the administration of gadolinium. He noted in his conclusion that the spinal canal was adequate throughout.

The next note available relating to the treatment of Dr. Yu is an operative report from George Washington University Hospital dated December 6, 2004. Preoperative diagnosis included a C4-5 pseudoarthrosis, adjacent degenerative disc disease at C6-7. Again, Dr. Yu's diagnosis of pseudoarthrosis at C4-5 is not substantiated in the imaging studies available for our review. While there are degenerative changes noted at C6-7, there was no significant evidence of compression of the neural elements a noted on the MRI scan of November 17, 2004.

Dr. Yu performed an anterior and posterior cervical procedure on December 6, 2004. This included an anterior cervical discectomy at C6-7 with anterior fusion and anterior cervical plating. He also chose to do a posterior fusion with lateral mass screws at C4-5 and posterior wiring at C6-7. In her initial postoperative visit of December 14, 2004, Dr. Yu describes Ms. Foster as doing well. She was noted to have good sensation and motion without focal deficits in her upper extremities.

The patient was again seen for postoperative evaluation by Dr. Yu on January 18, 2005. She was described as having fatigue about her neck. She had minimal radicular symptoms and was neurologically intact. Dr. Yu's interpretation was that her x-rays looked like a solid fusion. The patient was seen on February 4, 2005. She was described as being three months from

RE: Janis Foster
March 13, 2006
Page Six

her surgery. She was noted to be neurologically intact. He described her x-rays as looking excellent. He noted that she was solidly fused.

A report of cervical spine x-rays ordered by Dr. Yu on March 4, 2005 was available for our review. These were again interpreted by Dr. Brindel. She noted that there was evidence of a fusion at C4-5 as well as C6-7. She noted the presence of pedicle screws at C4-5 as well as wires at C6-7. She also noted that the patient had a grade 1 anterolisthesis of C7 on T1. She stated that these findings were not at all significantly changed from the prior study on January 18, 2005.

According to the records available to us, Ms. foster was last seen on May 17, 2005. At that time she had developed, according to Dr. Yu, increasing myofascial neck pain. She did have radiation of pain into her upper extremities without significant weakness. Her neurological exam was described as being predominantly myofascial neck and trapezial pain. She was neurologically stable.

The patient was being treated at that time with Valium for neck spasms as well as Loricet for pain.

Pursuant to your letter of February 10, 2006, it is my opinion based on the medical records available for my review, that there was no objective evidence of a new injury to Ms. Foster's spine as a result of her vehicular accident on August 20, 2003. It would therefore follow that the medical treatment received by Ms. Foster following August 20, 2003 was not related to any loss and as a result of the August 20, 2003 accident. It is further my opinion that Ms. Foster does not have a permanent condition as a result of the automobile accident of August 20, 2003. While there may be a need for further treatment, based on what is described as a C7-T1 anterolisthesis on the radiology report of March 4, 2005, it is my opinion that this is again unrelated to the vehicular accident of August 20, 2003.

I hope that this letter answers your questions concerning this patient. Should any additional medical records or actual neuroimaging studies become available for my review, I would be happy to evaluate them and amend the above conclusions accordingly, should that be indicated.

Sincerely,

Joel L. Falik, M.D.

JLF:lc

cc:
Dictated but not read