# CURRICULUM VITAE

## Charles Michael Citrin, M.D.

| | |
|---|---|
| Date and Place of Birth: | November 28, 1944; New York, New York. |
| Citizenship: | U.S.A. |
| Social Security Number: | 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 |
| Home Address: | 8715 Persimmon Tree Road, Potomac, Maryland  20854<br>(301) 469-5865 |
| Marital Status: | Married. |
| Current Position: | Radiologist. |
| | Washington Imaging Center (8/25/75 to present)<br>5454 Wisconsin Avenue, Suite 1765<br>Chevy Chase, Maryland  20815<br>Ph: (301) 652-3410.  Fax: (301) 654-7316. |
| | Washington MRI, Inc. (11/28/94 to present)<br>2141 K Street, NW, Suite 111<br>Washington, D.C.  20037<br>Ph: (202) 785-4674.  Fax: (202) 785-2305. |

Board Certification:

11/23/74: Radiology; The American Board of Radiology.

1971: Diplomate, National Board of Medical Examiners

Licensure:

| | |
|---|---|
| 7/1973: | District of Columbia: #6783 |
| 8/27/75: | Maryland: #D18558 |
| 4/1/88: | Virginia: #0101-042085 |
| 8/1971: | New York (inactive) |

Education:

Medical School: M.D., 1970. Downstate Medical Center; Brooklyn, N.Y.

Fellowship: July 1974 - August 1985: Neuroradiology;
The George Washington University Medical Center,
Washington, D.C.

2

| | |
|---|---|
| Residency: | Diagnostic Radiology, Nuclear Medicine, Angiography. |
| | 1971-73:<br>U.S. Public health Service Hospital; Staten Island, NY. |
| | 1973-74:<br>The George Washington University Medical Center. |
| Internship: | 1970-71: Straight Medicine.<br>U.S. Public Health Service Hospital. |
| Undergraduate: | 1966: Zoology B.S.  Indiana Univ.; Bloomington, Indiana. |
| Appointments: | July 1, 1976 to present: Clinical Associate Professor of Radiology<br>The George Washington University Medical Center. |
| | 1987: Clinical Professor of Radiology;<br>Uniformed Services University of the Health Sciences. |
| | Senior Consultant in Neuroradiology;<br>Walter Reed Army Medical Center. |
| Positions and Awards: | President, 1982-85;<br>Washington/Baltimore Neuroradiology Club. |
| | Neuroradiologist, 1980 to present;<br>Washington Neuro-opthalmology meeting. |
| | Winner of 1984 Volvo Award in Clinical Sciences. |
| | Editorial Reiew Board Member, 1986;<br>American Journal of Opthalmology. |
| | Editorial Review Board Member, 1986;<br>American Journal of Axial Tomography. |
| | Editorial Review Board Member, 1990-91.<br>American Journal of Neuroradiology. |

| | |
|---|---|
| Professional Societies: | American College of Radiology (ACR) |
| | American Medical Association (AMA) |
| | American Roentgen Ray Society (ARRS) |
| | American Soceity of Neuroraidology (ASNR) - Senior Member |
| | D.C. Medical Society |
| | Montgomery County (Maryland) Medical Society |
| | Radiological Society of North America (RSNA) |
| | Society of Head and Neck Radiology |

| | |
|---|---|
| Community Service: | Board of Directors, 1985-86; |
| | Big Brothers of the National Capital Area. |
| | |
| | Vice President, 1988 - present; |
| | Big Brothers of the National Capital Area. |
| | |
| | Advisor to the U.S. Army. |
| | |
| | Member, Ethics and Research Committees; |
| | Hebrew Home of Washington. |
| | |
| | Founder, Washington-Baltimore Neuroradiology Society. |

Publications:

1.   Laster, D.W., Citrin, C.M., and Thyng, F.J.: Bilateral Carotid Body Tumors. AJR. May 1972.

2.   Citrin, C.M.: Milk of Calcium Urine, J Urol, Aug 1975.

3.   Lawson, T.L., Bowers, J.B., and Citrin, C.M.: Deviation of the Rectosigmoid Colon Simulating a Presacral Tumor. Dis Colon and Rectum, May-June 1976.

4.   Citrin, C.M. and Davis, D.O.: Computerized Tomography in Evaluation of Chromophobe Adenomas, Investigative Radiol, Jan-Feb 1977.

5.   Bernardino, M., Zimmerman, R., Citrin, C.M., and Davis, D.O.: Uveal Scleral Enhancement Seen in Pseudotumor, AJR, Oct. 1977.

6.   Hurwitz, B. and Citrin, C.M.: Use of Computerized Axial Tomography (CAT Scan) in Evaluating Therapy of Orbital Pseudotumor. Ann Ophth, Feb. 1979.

7.    Citrin, C.M.: Convenient Method for Labeling Computed Tomographic Images. AJR, May 1979.

8.    Citrin, C.M. and Hammock, M.K.: Computed Tomographic Presentation of Granulomatous Reaction from Intraventricular Shunt. Comput Tomogr, Dec. 1979.

9.    Citrin, C.M.: Direct Doronal Computed Tomography of the Orbits Employing a Dedicated Head Scanner. Comput Tomogr, 1979.

10.   Citrin, C.M. and Alper, M.G.: Computed Tomography of the Visual Pathways. Comput Tomogr 1979, Vol. 3, No. 4.

11.   Sinnott, R.G. and Citrin, C.M.: Computed Tomography of Intrathecal Thorotrast. Neuroradiol, Nov. 1981, Vol. 20.

12.   Munderloh, S., Schnapf, D., Coker, S., and Citrin, C.M.: Changing Ventricular Size in Dural Sinus Thrombosis. Comput Tomogr 1981, Vol. 5, No. 1.

13.   Citrin, C.M.: Multi-planar Reconstruction as a Method of Eliminating Streak Artifact in Computed Tomographic Images. Comput Radiol, April 1982.

14.   Jacobiec, F.A., Yeo, J.H., Trokel, SIL., Abbott, G.F., Anderson, R., Citrin, C.M., and Alper, M.G: Combined Clinical and Computed Tomographic Diagnosis of Primary Lacrimal Fossa Lesions, Am J Ophth, Dec. 1982.

15.   Targum, S. and Citrin, C.M. Ceregral Ventricular Size and Major Depressive Disorder Asociated with Delusional Symptoms. Biological Psychiatry, 1983.

16.   Targum, S. and Citrin, C.M.: Delusional Symptoms Associated with Enlarged Ventricles in Depressed Patients. Southern Med J, 1983.

17.   Johns, T.T., Citrin, C.M., Sherman, J.L., and Black, J.: CT Evaluation of Perineural Orbital Lesions: Evaluation of the "Tram-Track" Sign. AJNR 5:587-590, 1984.

18.   Jacobiec F.A., Depot, M.D., Kennerdell, J.S., Shulta, W.T., Anderson, R.L., Alper, M.G., Citrin, C.M., Housepian, E.M., Trokel, SIL.: Sombined Clinical and Computed Tomographic Diagnosis of Orbital Glioma and Meningioma. Ophthalmology, Feb. 1984.

19.   Wiesel, S.W., Tsourmas, N., Feffer, H.L., Citrin, C.M., and Patronas, N.: A Study of Computer-Assisted Tomography: I. The Incidence of Positive CAT Scans in an Asymptomatic Group of Patients. Spine, Vol. 9, No. 6, 1984.

5

20.    Sherman, J.L., Citrin, C.M., and Black, J.: Erdheim-Chester Disease: Computed Tomography in Two Cases. AJNR 6:444-445, 1985.

21.    Sherman, J.L., Citrin, C.M. and Bowen, B.J.: Clinical Magnetic Resonnance Imaging. MMJ, Vol. 34, No. 7, 1985.

22.    Citrin, C.M.: High Resolution Orbital Computed Tomography. J Comput Assist Tomogr 10(5):810-816, 1986.

23.    Jabbari, B., Gunderson, C.H., Wippold, F. J., Citrin, C.M., Sherman, J.L., Bartoszed, D., Daigh, J.D., and Mitchell, M.H.: Magnettic Resonnance Imaging in Partial Complex Epilepsy. Arch Neurol 43:869-872, 1986.

24.    Sherman, J.L., Citrin, C.M., Bowen, B.J., and Gangarosa, R.E.: The Magnetic Resonance Appearance of Normal CFS Flow. JNR 7:3-6, 1986.

25.    Sherman, J.L., Citrin, C.M., Bowen, B.J. and Gangarosa, R.E.:MRI Demonstration of Altered CSF Flow by Obstructive Lesions. AJNR 7:571-579, 1986.

26.    Barkovich, J., Wippold, F.J., Sherman, J.L., and Citrin, C.M.: The Significance of Cerebellar Tonsillar Position on MR. AJNR 7:795-799, 1986.

27.    Sherman, J.L., Citrin, C.M., Gangarosa, R.E., and Bowen, B.J.: The MR Appearance of CSF Pulsations in the Spinal Canal. AJNR 7:879-884, 1986.

28.    Sherman, J.L., Barkovich, A.J, and Citrin, C.M.: The MR Appearance of Syringomyelia: New Observations. AJNR 7:985-995, 1986.

29.    Citrin, C.M., Sherman, J.L, Gangarosa, R.E., and Scanlon, D.L.: Physiology of the Flow-Void Sign: Modification by Cardiac Gating. AJNR 7:1021-1024, 1986.

30.    Sherman, J.L., Citrin, C.M., Gangarosa, R.E., and Bowen, B.J.: The MR Appearance of CSF Flow in Patients with Ventriculomegaly. AJNR 7:1025-1031, 1986.

31.    Uematsu, S., Rosenbaum, E., Nauta, H.J., Citrin, C.M., Sherman, J.L., Kumar, A.J., Delong, M.R., McArthur, J.C., and Narabayski, H.: Magnetic Resonance Planned Thalamotomy Followed by X-ray CT Guided Thalamtomy. Proceedings of the European Society for Stereotactic and Functional Neurosurgery, 1986.

32.    Barkovich, A.J., Citrin, D.M., Klara, P., Wippold, F.J., and Kattah, J.: Magnetic Resonance Imaging of Cysticerocosis. West J Med., 145:687-690, 1986.

33.    Sherman, J.L. Citrin, C.M., Barkovich, A.J., and Bowen, B.J.,: MR Imaging of the
       Mesencephalic Tectum: Normal and Pathologic Variations. AJNR 8:59-64, 1987.

34.    Barkovich, A.J., Sherman, J.L, Citrin, C.M., and Wippold, F.J.: MR of Postoperative
       Syringomyelia. AJNR 8:319-327, 1987.

35.    Sherman, J.L., Citrin, C.M., and Barkovich, A.J: MR Imaging of Syringobulbia.  J
       Comput Assist Tomogr. 11(3):407-411, 1987.

36.    Kumar, A.J., Rosenbaum, A.E., Naidu, S., Wener, L., Citrin, C.M., Lindenberg, R., Kim,
       W.S., Zinreich, S.J., Molliver, M.E., Mayberg, H.S., and Moser, H.W.:
       Adrenokeukodystrophy: Correlating MR Imaging with CT. Radiology 1987:165:497-
       504.

37.    Hayes, W.S., Sherman, J.L., Stern, B.J., Citrin, C.M., and Pulaski, P.D.: MR and CT
       Evaluation of Intracranial Sarcoidoisis.  AJNR 8:841-847, 1987; AJR 149:1043-1049,
       1987.

38.    Wippold, F.J., Citrin, C.M., Barkovich, A.J., Sherman, J.L: MR in the Evaluation of
       Spinal Dysraphism with Lipoma: Comparison with Metrizamide Computed Tomographic
       Myelography.  Ped Radiology 17:184-188, 1987.

39.    Sherman, J.L, Kopits, S.E., and Citrin, C.M.: MR Imaging of Extrinsic Compression of
       the Neuraxis in Skeletal Dysplasia.  Presented at the 26th Annual Meeting of the American
       Society of Neuroradiology, New York, May 1988.

40.    Sherman, J.L., Citrin, C.M., and Borke, R.: MR of Mesial Temporal Lobe Fissural Cysts:
       Subarachnoid Cysts Simulating Intra-Axial Lesions. Presented at the 26th Annual
       Meeting of thee American Society of Neuroradiology, New York, May 1988.

41.    Citrin, C.M., Sherman, J.L, and Gangarosa, R.E.: Comparison of Strategies for CSF and
       Blood Flow Motion Artifact Suppression in T-2 Weighted Spin-Echo MR Imaging of the
       Spine.  Presented at the 26th Annual Meeting of the American Society of Neuroradiology,
       New York, May 1988.

42.    Sherman, J.L, Camponovo, E., and Citrin, C.M.: MR Imaging of CSF-like Choroidal
       Fissure and Parenchymal Cysts of the Brain. AJNR 11:939, 1990.

43.    Sherman, J.L., Camponovo E., and Citrin, C.M.: MR Imaging of CSF-like Choroidal
       Fissure and Parenchymal Cysts of the Brain. AJR 155: 1069, 1990.

44.    Sherman, J.L., Nassaux, P.Y., and Citrin, C.M.: Measurements o fthe Normal Cervical
       Spinal Cord on MR Imaging. AJNR 11:369, 1990.

Scientific Books:

1.    Citrin, C.M. and Alper, M.G.: Computed Tomography in Ophthalmology. <u>International</u> <u>Ophthalmology Clinics</u>, Vol. 22, No. 4, 1982.

2.    Citrin, C.M.: CT in Degenerative Disorders of the Cervical Spine. In: Rao K, Ed. <u>CT/NMR of the Spine</u>, McGraw Hill (in press).

3.    Alper, M.G. and Citrin, C.M: Computed Tomography (CT) of the Orbit. In: Smith, B, ed. <u>Ophthalmic Plastic and Reconstructive Surgery</u>, C.V. Mosby Co.


Book Reviews:

1.    The Diagnostic Limitations of Computerized Axial Tomography.  AJR, 1980.

2.    Recent Advances in the Diagnosis and Treatment of Pituitary Tumors. AJR and AJNR, 1980.

3.    Total Body Computerized Tomography. AJR, 1981.

4.    A Practical Introduction to Cranial CT. AJR, 1981.

5.    Primary Intracranial Neoplasms. AJNR, 1981.

6.    Choices and Characteristics in Computerized Tomography. AJR, 1981.

7.    The Radiologic Clinics of North America, Symposium on Neuroradiology. AJR, 1983.

8.    Basic Principles of Computed Tomography. AJR, 1984.

9.    Whole Body Computerized Tomography. AJR, 1984.

10.   Nuclear Magnetic Resonance Imaging: Basic Principles. AJR, Vol. 143, No. 2.

11.   Pocket Atlas of Normal CT Anatomy. AJR, 1985.

12.   Introduction to Magnetic Resonance Imaging. AJR, 1985.

Major Scientific Presentations:    Armed Forces Institute of Pathology
                                   Commissioned Officers Association
                                   Georgetown Clinical Society
                                   George Washington University Medical Center
                                   Montgomery County Medical Society
                                   Neuro-ophthalmology Club of Washington
                                   Prince George's County Medical Soceity
                                   Radiologic Society of North America
                                   University of North Carolina Medical Center
                                   Walter Reed Army Medical Center
                                   Washington Academy of Medicine
                                   American Society of Neuroradiology
                                   Seventh Meeting of the European Society for Stereotactic
                                       and Functional Neuro-surgery, 1986.

Lectureships:

1.    Guest Lecturer, Neuroradiology Review Course, Puerto Vallerta, Mexico, 1985.

2.    Guest Lecturer, American Soceity of Neuroradiology, New York, 1987.

3.    Guest Lecturer, Society of Magnetic Resonance Imaging, February 1990.

4.    Guest Lecturer, 9th Annual Winter Congress, Val d'Isere, France, March 1-8, 1991.

5.    Guest Lectuer, 5th Congress of Ultrasound, Sao Paulo, Brazil, April 1991.

6.    1991 Susan Alper Memoril Lecturer, Washington Hospital Center, May 1991.