**WASHINGTON IMAGING ASSOCIATES, INC.**
CHARLES M. CITRIN, M.D.
1201 SEVEN LOCKS ROAD
ROCKVILLE, MD 20854
(301) 424-1781 . FAX (301) 424-9020

January 18, 2006

Ms. Pattie Defiore
Progressive
601 East Naylor Mill Rd., Unit C
Salisbury, MD 21804

                                Re:    Janis Foster

Dear Ms. Defiore:

I am in receipt from you of medical records and medical imaging studies as they pertain to Ms. Janis Foster. I have reviewed these materials, made the following observations, and formed the following conclusions:

Ms. Foster was involved in a motor vehicle accident on August 20, 2003. Subsequent to that incident she was seen at the George Washington University Medical center. She complained of head and neck pain which was recorded in the Emergency Medical Services notes. Cervical spine x-rays were acquired and revealed evidence of a prior anterior spinal fusion at C5-6, but no evidence of a fracture or dislocation was identified. Specifically, no bony misalignment was identified. At the time of her evaluation at the Emergency Room, it was noted that she had been wearing her seatbelt and that subsequent to the accident she had neck and upper back pain. Her physical examination reveals some tenderness at C-3 through C-7. No neurologic abnormalities were identified. She was referred to Dr. Yu for additional evaluation.

Ms. Foster was seen by Dr. Yu on August 22, 2003. She was in a cervical collar. She was complaining of neck pain and indicated that prior to the accident she was feeling fine. She had a normal neurologic examination. There was some upper extremity paresthesias. Reflexes and gait was normal. Radiographs were indicative of stability in the neck. Dr. Yu noted some degenerative changes at C4-5. He saw her back on October 21, 2003. An MRI examination was obtained on October 1, 2003. This study was interpreted as demonstrating narrowing of the neural foramen at C4-5 on the left side due to uncinate hypertrophy and some flattening of the anterior aspect of the thecal sac at this level due to a combination of spurs and a bulging disc. A fusion at C5-6 was noted. The remainder of the study received no comment. On October 15, 2003 Dr. Yu performed a removal of a surgical plate at the C5-6 level that had been placed there previously for an anterior cervical discectomy and fusion at that level. He performed an anterior cervical discectomy and fusion at C4-5 which he felt was related to degeneration of the C4-5 disc space as indicated in his operative indications.

He noted anterior spurring at C4-5 which was removed. He performed a subtotal discectomy at that interspace. Bilateral foraminotomies were performed to the point where adequate decompression had been acquired. He then put in place a plate which I believe ran from C-4 through C-6, although Dr. Yu describes in his operative note only placement of screws at the C-4 level, so I am not certain as to the inferior level of fusion. Dr. Yu again saw Ms. Foster on October 21, 2003 at which point in time she was approximately one week following her surgery. She still had some neck pain. She was neurologically intact. On November 18, 2003 she was five weeks from surgery and had some soreness in the throat and some right trapezial shoulder pain. Cervical spine x-rays were acquired and Dr. Yu felt that they were reasonable in appearance. On January 20, 2004 Dr. Yu again saw Ms. Foster and she had some residual neck pain, but was improved. Neurologically she was intact. Dr. Yu reviewed the x-rays and felt that she had a consolidated C4-5 fusion. He noted adjacent degeneration at the C6-7 level which he felt that he would follow over time. On April 20, 2004, Ms. Foster again returned to Dr. Yu with no significant radicular problems. She had some cervical tenderness anteriorly. Dr. Yu noted that "her old x-rays note that she appears to have consolidated." He noted C6-7 degenerative disease. On October 8, 2004, Ms. Foster was again seen by Dr. Yu with increasing complaints of cervical neck pain and headache. He took note that she was smoking quite a bit. She had undergone ERCP for liver evaluation and had other abdominal problems. Dr. Yu acquired x-rays and noted "advanced degeneration adjacent to her C5-6 fusion at C6-7." He probably meant to say that she had advanced degeneration at C6-7 adjacent to her C5-6 fusion. He noted a lucent line at the posterior portion of C4-5, but the plate appears to be intact as did the anterior fusion at that level. His impression was that of advanced degeneration of the spine, probably at the C6-7 level, exacerbated by the motor vehicle accident. Contemplation for additional surgery was given with specific attention paid to the C6-7 level.

On December 6, 2004, Dr. Yu performed an anterior cervical discectomy and fusion at C6-7. He noted large osteophytes at this level. Plating and posterior wiring were performed to secure an immobile cervical region from C-4 through C-7.

Ms. Foster has the important medical history of having undergone an anterior cervical discectomy and fusion in 1994 performed by Dr. Ammerman at the C5-6 level. Dr. Yu had evaluated Ms. Foster on May 1, 2001 at which point in time she had been complaining of one month of cervical neck pain extending to the right scapula with radiation to the hand and numbness of the entire hand and mainly the thumb. He acquired x-rays in May of 2001 which revealed moderate narrowing at C5-6 and posterior spurring at that level as well as kyphosis at C5-6. His impression was that of cervical spondylosis at C5-6 with a right sided radiculopathy. A cervical MRI examination was acquired at that time. Dr. Yu again saw Ms. Foster on May 8, 2001 at which point in time her symptoms on the right side had worsened. He reviewed her MRI examination which revealed degeneration at C5-6 as expected. There was a combination of posterior osteophytes and disc protrusion at that level. His diagnosis was that of cervical spondylosis at C5-6, right worse than the left. He recommended cervical intervention and felt that she would not improve with conservative measures. On June 5, 2001, she was status post anterior cervical discectomy and fusion at C5-6. I have no notes from this surgery. As far as I can determine, this was the second

surgery that she underwent at C5-6 and was subsequently followed by the surgeries that I discussed earlier in this letter dated October 15, 2003 and December 6, 2004. On neurologic examination at that time, she had generalized tenderness in the biceps and epicondyle on the right and some paresthesias of the right hand. X-rays showed good position of the graft material. On June 22, 2001, she was much improved, but had some paresthesias into the right elbow. She had some soreness of the graft site. On July 12, 2001, most of her radicular symptoms had resolved. Neurologically her strength was normal. X-rays revealed excellent alignment of the hardware in the neck. On September 7, 2001, she was 3-1/2 months following her C5-6 ACDF and she was doing quite well. She had a decreased range of motion of the cervical spine with some tenderness extending into the scapular region. X-rays revealed a solid fusion. On January 10, 2002, she had some slight increase in the pain in the neck during the winter time. She had no radicular complaints. On April 30, 2002, she came in complaining of right foot and hip pain unrelated to her neck. On October 8, 2002, which is approximately ten months prior to the motor vehicle accident, she complained that she had a tussle with her young children a few days earlier and had been having severe neck pain and numbness in the thumb area on the left side. X-rays were acquired and revealed a solid fusion at C5-6 and some subluxation at an adjacent level, but the adjacent level was cited in Dr. Yu's note as being at C5-6, when clearly that is not an adjacent level, so I take it to mean that it was either at C4-5 or C6-7. There was about 2 mm of subluxation. Cervical traction and physical therapy at home were administered. The next visit occurred two days after the motor vehicle accident of August 20, 2003.

I have available for review several cervical spine x-ray reports. I do not have any of the cervical spine x-ray films. These reports reveal evidence of surgical fusion at C5-6 in July 2001. On August 22, 2003, which was acquired two days after the motor vehicle accident in question, bone alignment was noted to be normal and post-surgical changes were identified. On November 18, 2003 degenerative changes were present at C6-7. This study was acquired one month following Ms. Foster's third surgery. On October 21, 2003 a solid fusion was identified at C5-6 with postoperative changes at C4-5. No evidence of a complication was seen at that time. On January 20, 2004 stable fusions were seen at C4-5 and C5-6 without evidence of C4-5 breakdown. On October 8, 2004, cervical spine x-rays revealed evidence of a recent fusion at C4-5 without evidence of complication and a fusion at C5-6. Importantly, no motion was seen during flexion and extension maneuvers performed at that time. On January 81, 2005 x-ray series demonstrated additional postoperative changes as did a cervical spine x-ray on March 4, 2005.

I have available for review three MRI studies. I will address them chronologically.

MRI examination of the cervical spine dated May 2, 2001 - There is evidence of an anterior fusion at C5-6. Degenerative spondylotic changes are present at C5-6. I also note evidence of disc desiccation involving the C3-4, C4-5 and C6-7 levels. This indicates the presence of chronic degenerative disease involving those interspaces. There is evidence of anterior osteophyte formation at C4-5. Posterior osteophytes are noted at C6-7 in association with a bulging disc. The C4-5 disc is also bulging mildly. There is some neural foraminal narrowing present at C5-6.

Re:   Janis Foster                          Page 4                     January 18, 2006

Cervical MRI examination dated October 1, 2003 - There is evidence of disc desiccation and a mild broad based bulging disc. Additional post-surgical changes are noted at C5-6 with evidence of instrumentation being noted. The bulging disc at C4-5 is approximately unchanged in appearance when compared to the prior study of May 2, 2001. There are some increasing changes of degenerative spondylosis at C4-5 as well as at C6-7 which are expected changes when individuals have a solid fusion performed at the C5-6 level. Overall, the amount of additional degenerative change noted at C4-5 and C6-7 on October 1, 1002 is an expected amount considering that a fusion has been performed at C4-5 and then re-performed in 2001.

Cervical MRI examination dated November 17, 2004–This study is compared to the prior two studies. This examination reveals evidence of diffuse degenerative disease with a cervical spine involving all cervical levels. There has been at C4-5 discectomy performed since the prior examination of October 1, 2003. The spinal canal at this level is widely patent. At C6-7 there continue to be progressive degenerative changes in sync with what would be expected considering the patient's history of two prior fusions. These fusions were performed two levels above T6-7.

In summary, Ms. Foster has a history of surgery at C4-5 which was performed in approximately 1991 and again in 2001. Subsequent to those surgeries, she had intermittent complaints with a complaint most recently recorded by Dr. Yu on August 8, 2002, approximately ten months prior to the motor vehicle accident in question. At that time she had complaints of neck pain and numbness in the thumb area on the left side as well as some scapular discomfort. Parascapular and cervical tenderness were more on the left side than the right side and she has paresthesias on examination of the left thumb and index finger. She then was involved in a motor vehicle accident and subsequent to that accident had increasing complaints of cervical spine discomfort and right extremity complaints. An MRI examination was acquired and revealed evidence of degenerative disease at C4-5 which when compared to a prior MRI examination of May 2001 is exactly as expected considering the patient had had a surgical fusion at C5-6. I detect no evidence of a fracture, dislocation, instability, or bone bruise. Overall, the appearance of the C4-5 interspace is strictly that of a degenerated interspace. A fusion was performed at this level with anterior instrumentation extending from C-4 through C-6. Ms. Foster was further followed and a fourth surgery was performed in December of 2004 for a discectomy and decompression at the C6-7 level. My review of the MRI study of November 17, 2004, again reveals evidence of post-surgical change from C-4 through C-6 with expected degenerative change at C6-7. There is no evidence on this study to indicate that any acute injury has been suffered at the C6-7 level as a result of the August 20, 2003 motor vehicle accident.

In summary, Ms. Foster had a history of two prior surgeries at C5-6 prior to a motor vehicle accident of August 2-, 2003. Subsequent to that incident she complained of cervical spine discomfort and right upper extremity complaints and additional surgeries were performed. However, my review of the medical records including multiple x-ray study reports and two MRI studies reveals no evidence of an acute injury to the cervical spine. There are extensive degenerative changes present involving the C4-5 and C6-7 levels which are

progressing in a linear fashion since May of 2001 as expected in an individual who had undergone a surgical fusion at C5-6. These changes are expected and not surprising and are not greater than expected considering the patient's age and surgical history. I would further comment that the medical records do not support the presence of instability at the C4-5 level following the October 15, 2003 surgery performed by Dr. Yu. I see no such evidence of instability in any of the cervical spine x-ray reports. The only comment I note is a comment by Dr. Yu about a linear lucency involving just a small portion of the fusion area, but this is not corroborated by any of the x-ray reports nor is there any evidence of instability seen on any of the MRI studies. Flexion and extension views do not demonstrate evidence of instability at C4-5. Overall, the appearance of the cervical spine is as expected for an individual who had a long history of fusion at C5-6 with progressive degenerative changes noted at C4-5 and C6-7.

Yours sincerely,

Charles M. Citrin, M.D.

CMC:bjz