**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

```
JANIS F. FOSTER              :
                             :
      Plaintiff              :
                             :
v.                           : Case Number: 1:06-cv-1359
                             : Judge Deborah A. Robinson
JOHN J. COALSON, JR.         :
                             :
      Defendant              :
```

**PRAECIPE FOR CHANGE OF ADDRESS**

The Clerk will note that effective July 2, 2007, the undersigned attorney will be relocated to:

**11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705-3166**

The firm's telephone numbers and fax number will remain the same.

        Respectfully submitted:

        HARTEL, KANE, DeSANTIS,
        MacDONALD & HOWIE, LLP

By:  /s/ Michael A. DeSantis
     Michael A. DeSantis
     Bar No. 07831
     11720 Beltsville Drive, Suite 500
     Beltsville, MD 20705-3166
     Telephone: (301) 486-1200
     Facsimile: (301) 486-0935



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

———

5924 North 15th Street
Arlington, Virginia 22205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2007, by way of electronic filing, a copy of the foregoing Praecipe for Change of Address was served on:

```
John P. Valente, III, Esquire
THOMAS V. MIKE MILLER, JR., P.A.
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
```

                                                /s/ Michael A. DeSantis
                                                Michael A. DeSantis



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205