**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

```
JANIS F. FOSTER                  :
                                 :
         Plaintiff                :
                                 :
v.                               : Case Number: 1:06-cv-1359
                                 : Judge Deborah A. Robinson
JOHN J. COALSON, JR.             :
                                 :
         Defendant                :
```

### STIPULATION OF DISMISSAL

The Clerk will please enter the above-captioned matter as settled and dismissed with prejudice.

```
                                 /s/ John P. Valente, III
                                 John P. Valente, III
                                 DC Bar #22233
                                 8808 Old Branch Avenue
                                 P.O. Box 219
                                 Clinton, Maryland 20735
                                 (301)856-3030
                                 Attorney for Plaintiff

                                 /s/ Michael A. DeSantis
                                 Michael A. DeSantis
                                 HARTEL, KANE, DeSANTIS,
                                 MacDONALD & HOWIE, LLP
                                 DC Bar #422602
                                 11720 Beltsville Drive, Suite 500
                                 Beltsville, Maryland 20705-3166
                                 (301)486-1200
                                 Attorney for Defendant
```



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

———

5924 North 15th Street
Arlington, Virginia 22205